UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DANIEL RACETTE,

    Plaintiff,

v.                                            Civ. No. 16-277 GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## ORDER OF REMAND

On May 22, 2018, the United States Court of Appeals for the Tenth Circuit reversed this Court's decision affirming the Administrative Law Judge's order denying Plaintiff's application for disability benefits and supplemental security income. *See Racette v. Berryhill,* No. 17-2140, 2018 WL 2318089 (10th Cir. May 22, 2018) (unpublished). The Tenth Circuit remanded the case to this Court "with directions to **REMAND** it to the Commissioner for further proceedings consistent with [the Tenth Circuit's] decision." *Id*. at 14 (emphasis in original). On July 16, 2018, the Tenth Circuit issued its mandate. ECF No. 38.

Accordingly, **IT IS ORDERED** that this case is **REMANDED** to the Commissioner for further proceedings consistent with the Tenth Circuit's decision.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*